JS-6

ASCENSION LAW GROUP
PAMELA TSAO( 266734)
17802 Irvine Blvd.
Suite A117
Tustin, CA 92780
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff HOANG MINH LE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE, an individual<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TE SHIH LIN, an individual; MEI LING CHENG; an individual;<br><br>　　　　Defendants. | Case No.: EDCV 18-354-GW(KKx)<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Hon. George H. Wu *presiding*] |

| | |
|---|---|
| 1 | |
| 2 | Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice. Each party shall bear his or its own costs and attorney's fees. This Court shall retain jurisdiction to enforce the settlement terms between the parties. |

IT IS SO ORDERED

Dated: April 24, 2018

_____

GEORGE H. WU, U.S. District Judge